# United States Court of Appeals

## For the Eighth Circuit

_____

No. 16-1770

_____

John Mainama Omariba

*Petitioner*

v.

Loretta E. Lynch, Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: November 29, 2016
Filed: December 5, 2016
[Unpublished]

_____

Before SMITH, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

John Mainama Omariba, a citizen of Kenya, petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the decision of an immigration judge denying him withholding of removal and relief under the Convention Against Torture.   After careful consideration, we conclude that

substantial evidence supports the decision.  See De Castro-Gutierrez v. Holder, 713 F.3d 375, 379-82 (8th Cir. 2013).  The petition is denied.  See 8th Cir. R. 47B.